■ In the Matter of FLOYD J. KOPS, an Attorney. Concur — Murphy, P. J., Kupferman, Ross, Bloom and Kassal, JJ.